93 A.3d 757

IN THE MATTER OF EDWARD SETH COOPER,
AN ATTORNEY AT LAW.

July 11, 2014.

**ORDER**

This matter have been duly presented pursuant to *Rule* 1:20–10(b), following the granting of a motion for discipline by consent in DRB 14–089 of **EDWARD SETH COOPER of LINDEN,** who was admitted to the bar of this State in 1989;

And the Office of Attorney Ethics and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 1.15(a) (failure to safeguard finds of a client or third party), *RPC* 1.15(b) (failure to promptly notify a person of receipt of funds and to promptly turn over funds), and *RPC* 3.4(c) (knowingly disobeying an obligation under the rules of a tribunal);

And the parties having agreed that respondent's conduct violated *RPC* 1.15(a), *RPC* 1.15(b) and *RPC* 3.4(c), and that said conduct warrants a reprimand or lesser discipline;

And the Disciplinary Review Board having determined that a reprimand is the appropriate discipline for respondent's unethical conduct and having granted the motion for discipline by consent in District Docket No. XIV–2013–0157E;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **EDWARD SETH COOPER of LINDEN** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.